IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00306-GCM

POONAM KUMARI,

    Plaintiff,

v.

DEEPAK JAIN,

    Defendant.

**ORDER**

**THIS MATTER** is before the Court on its own motion. The Court has reviewed the complaint, which appears frivolous on its face. The complaint, which pertains primarily to Defendant's asserted failure to marry Plaintiff as promised, fails to state a claim upon which relief can be granted. Additionally, Plaintiff does not identify, nor can the Court ascertain, any basis for federal jurisdiction. Although the Plaintiff ticked the "federal question" box in her complaint, no federal law seems to be implicated by the asserted factual basis for the complaint. And the parties are both domiciled in South Carolina, depriving the Court of any putative diversity jurisdiction.

**IT IS THEREFORE ORDERED** that the Complaint (ECF No. 1) is **DISMISSED** with prejudice.

**SO ORDERED**.

Signed: July 11, 2022

*Graham C. Mullen*
Graham C. Mullen
United States District Judge